Com. v. Wagner...................... 103 WDA 2016    06/28/2016    CP–02–CR–0011280–
Affirmed                                       1996
(Allegheny)

Com. v. Ellerbee ..................... 3562 EDA 2014    06/29/2016    CP–51–CR–0504221–
Affirmed                                       1995
(Philadelphia)

Com. v. Degilio ...................... 1422 EDA 2015    06/29/2016    CP–13–CR–0000232–
Affirmed                                       2010
(Carbon)

In the Interest of: J.M................. 1910 EDA 2015    06/29/2016    CP–51–JV–0000784–
Affirmed                                       2015
(Philadelphia)

Com. v. Breeland .................... 2410 EDA 2015    06/29/2016    CP–39–CR–0005335–
Affirmed                                       2013
(Lehigh)

Bailey v. Pham....................... 2526 EDA 2015    06/29/2016    December Term, 2013,
Affirmed                                       No. 00059
(Philadelphia)

In re Kocis ......................... 2744 EDA 2015    06/29/2016    No. 2012–0258
Affirmed                                       (Lehigh)

Com. v. Henderson [28] ............... 2945 EDA 2015    06/29/2016    CP–51–CR–1035262–
Affirmed                                       1991
(Philadelphia)

Com. v. Ostrander ................... 1432 MDA 2015    06/29/2016    CP–40–CR–0001442–
Affirmed                                       2014
(Luzerne)

Com. v. Grant ...................... 1584 MDA 2015    06/29/2016    CP–40–CR–0002662–
Affirmed                                       2014
(Luzerne)

In re M.S.; Appeal of M.S. ............ 1743 MDA 2015    06/29/2016    CV–146–2015
Affirmed                                       (Snyder)

Com. v. Stanley ..................... 1875 MDA 2015    06/29/2016    CP–22–CR–0002355–
Affirmed                                       2015
(Dauphin)

Com. v. Batty ....................... 1961 MDA 2015    06/29/2016    CP–67–CR–0002942–
Vacated,                                       2015
Affirmed and                                (York)
Remanded

Com. v. Sowell....................... 2079 MDA 2015    06/29/2016    CP–41–CR–0001643–
Affirmed                                       2010
(Lycoming)

Com. v. Hunter ..................... 29 MDA 2016    06/29/2016    CP–36–CR–0004419–
Affirmed                                       2013
Application to                               CP–36–CR–0004434–
Withdraw as                                2013
Counsel                                      CP–36–CR–0004439–
Granted                                     2013
CP–36–CR–0004581–
2013
(Lancaster)

---

**28.** Petition for reargument denied September 07, 2016.